1

2

3

4

5

# THE UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7

8

9   **BEN G. SHERFY and MARGARET L. SHERFY,**

10                          **Defendants/Appellants,**

11   **v.**

12   **BETH MAXWELL STRATTON, CHAPTER 7 TRUSTEE FOR JUANITA PENA MONTES,**

13

14                          **Plaintiff/Appellee.**

15

**DISTRICT COURT CASE NO. CIV 05-0577 AWI SMS**

**BANKRUPTCY COURT CASE NO. 04-11550-B-7**

**BANKRUPTCY ADVERSARY PROCEEDING NO. 04-1151-B**

**ORDER GRANTING DISMISSAL OF APPEAL**

16

17

18        Upon the Motion of BEN G. SHERFY and MARGARET L. SHERFY, Appellants herein,

and good cause being shown, IT IS HEREBY ORDERED that this appeal is dismissed.

19

20

IT IS SO ORDERED.

21

**Dated:   February 3, 2006**              **/s/ Anthony W. Ishii**

22   0m8i78                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Order Dismissing Appeal                -1-